IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00176-BNB

WENDEL (ROBERT) WARDELL, JR.,

Plaintiff,

v.

ALBERTO GONZALEZ, Attorney General for the United States,
TROY A. EID, United States Attorney,
MATTHEW T. KIRSCH, Assistant United States Attorney, and
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO,

Defendants.

ORDER

Plaintiff has filed *pro se* on April 17, 2008, a document titled "Fed.R.Civ.P. 72(a) and/or 72(b)(2) Objections to U.S. Magistrate Judge Boyd N. Boland's April 2, 2008[,] Order Regarding Recusal." Plaintiff objects to the portion of Magistrate Judge Boland's Order filed in this action on April 2, 2008, that denied Plaintiff's "Motion to Recuse All Judges (District and Magistrate) of the United States District Court for the District of Colorado." Plaintiff argues that he provided a sufficient factual basis in support of the motion to recuse. For the reasons stated below, the objections will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's April 2 order is not clearly erroneous or contrary to law. Plaintiff fails to allege specific facts that demonstrate

disqualification of all of the district judges and magistrate judges in the District of Colorado is appropriate in this action. Therefore, Plaintiff's objections will be overruled. Accordingly, it is

ORDERED that Plaintiff's objections filed on April 17, 2008, are overruled.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00176-BNB

Wendel (Robert) Wardell, Jr.
Reg. No. 32096-013
USP - McCreary
PO Box 3000
Pine Knot, KY 42635-3000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/24/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk