IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00176-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 12 2008

GREGORY C. LANGHAM
CLERK

WENDEL (ROBERT) WARDELL, JR.,

Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General for the United States, in his official capacity,
TROY A. EID, United States Attorney, in his official capacity,
MATTHEW T. KIRSCH, Assistant United States Attorney, in his official capacity, and
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO,

Defendants.

---

ORDER OF DISMISSAL

---

In an order filed on May 2, 2008, Magistrate Judge Boyd N. Boland granted

Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this

action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to

pay an initial partial filing fee or to show cause why he has no assets and no means by

which to pay the initial partial filing fee. Magistrate Judge Boland's May 2 order further

provided that, in order to show cause, Plaintiff must submit a certified copy of his

inmate trust fund account statement. Plaintiff was warned that the complaint and the

action would be dismissed without further notice if he failed either to pay the initial

partial filing fee or to show cause as directed within thirty days.

On May 30, 2008, Plaintiff filed a "Motion for Modification/Clarification of May 2,

2008[,] Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915." Plaintiff asks

the Court in the May 30 motion to direct prison officials to include the filing fee

payments for the instant action as part of Plaintiff's financial obligations under the Inmate Financial Responsibility Program ("IFRP"). Although it is not entirely clear, Plaintiff apparently alleges that he lacks sufficient funds to make filing fee payments to the Court in addition to the payments he makes pursuant to the IFRP.

Plaintiff has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Plaintiff's allegation that he lacks sufficient funds does not demonstrate good cause for his failure to pay the initial partial filing fee because he failed to submit a certified copy of his inmate trust fund account statement as directed. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause as directed why he has no assets and no means by which to pay the initial partial filing fee. It is

FURTHER ORDERED that the "Motion for Modification/Clarification of May 2, 2008[,] Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" filed on May 30, 2008, is denied.

DATED at Denver, Colorado, this 12 day of _____ June _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00176-BNB

Wendel (Robert) Wardell, Jr.
Reg. No. 32096-013
USP - McCreary
PO Box 3000
Pine Knot, KY 42635-3000

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___01/2/09___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk