# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00176-ZLW

WENDEL (ROBERT) WARDELL, JR.,

    Plaintiff,

v.

MICHAEL B. MUKASEY, Attorney General for the United States, in his official capacity,
TROY A. EID, United States Attorney, in his official capacity,
MATTHEW T. KIRSCH, Assistant United States Attorney, in his official capacity, and
UNITED STATES ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    "Plaintiff's Motion to Alter or Amend June 12, 2008[,] Order of Dismissal Within Ten (10) Days of July 7, 2008[,] Order Denying Reconsideration" filed on July 22, 2008, will not be considered and is DENIED because Plaintiff has filed a notice of appeal and the Court lacks jurisdiction to consider the July 22 motion.

Dated: July 22, 2008

Copies of this Minute Order mailed on July 22, 2008, to the following:

Wendel (Robert) Wardell, Jr.
Reg. No. 32096-013
USP - McCreary
PO Box 3000
Pine Knot, KY 42635-3000

                              Secretary/Deputy Clerk